UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HENRY DEQUAN RHODES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:13-cv-00649 |
| ) | Judge Trauger |
| HENRY STEWARD, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

Pending before the court is a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. (Docket No. 1). The petitioner, proceeding *pro se*, is a prisoner at the Northwest Correctional Facility in Tiptonville, Tennessee.

For the reasons explained in the Memorandum filed contemporaneously herewith, the petitioner shall, within thirty (30) days of the date he receives this order, show cause why his petition should not be dismissed as time-barred.

The petitioner is forewarned that failure to comply with this order will result in his petition being dismissed on that ground.

It is so **ORDERED.**

Aleta A. Trauger
United States District Judge