# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **HENRY DEQUAN RHODES,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:13-cv-00649 |
| | ) | Judge Trauger |
| **HENRY STEWARD,** | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

Pending before the court is a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. (Docket No. 1). The petitioner, proceeding *pro se*, is a prisoner at the Northwest Correctional Facility in Tiptonville, Tennessee.

For the reasons explained in the Memorandum filed contemporaneously herewith, <u>the petitioner shall</u>, within thirty (30) days of the date he receives this order, <u>show cause why his petition should not be dismissed as time-barred</u>.

The petitioner is forewarned that failure to comply with this order will result in his petition being dismissed on that ground.

It is so **ORDERED.**

Aleta A. Trauger
United States District Judge